IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE OLIVER SWAN, | No. C 18-5515 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| DIANE J. MEYERS, | (Dkt. No. 2) |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se. He is incarcerated at the California Men's Colony in San Luis Obispo, California ("CMC"). He sues CMC officials for violating his rights to be classified more favorably, transferred to a different institution, and earn more time credits. San Luis Obispo lies within the venue of the United States District Court for the Central District of California. 28 U.S.C. 84. Because the defendants and the actions giving rise to this complaint occurred in San Luis Obispo, the proper venue for this civil rights action is the Central District of California. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a). Ruling on plaintiff's motion for leave to proceed in forma pauperis is deferred to the Central District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: November 13, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE